DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ADRIAN ORTEGA-SALAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-cr-00056 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| ADRIAN ORTEGA-SALAS, | Date: April 18, 2011 |
| Defendant | Time: 9:00 A.M. |
| | Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for April 4, 2011, **may be continued to April 18, 2011 at 9:00 a.m.**

This continuance is requested to allow defense counsel additional time for defense preparation and to allow the parties additional time for plea negotiation prior to hearing. Assistant United States Attorney Ian Garriques does not object to this request. The requested continuance will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: March 31, 2011 | /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: March 31, 2011 | /s/ Marc Days<br>MARC DAYS<br>Assistant Federal Defender<br>Attorney for Defendant<br>ADRIAN ORTEGA-SALAS |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   March 31, 2011**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; Order                                  2